In the Interest of **D.F.**, Petitioner,

Lizzie **FRY**, Appellant,

v.

**JACKSON COUNTY JUVENILE OFFICER, Respondent.**

No. WD 46996.

Missouri Court of Appeals,
Western District.

Oct. 5, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 30, 1993.

Appeal from the Circuit Court, Jackson County; Hon. Julian M. Levitt, Judge.

Timothy A. McNearney, Overland Park, KS, for appellant.

William R. Jackson, Kansas City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

## ORDER

PER CURIAM.

Appeal from an order of the trial court assuming jurisdiction pursuant to section 211.031, RSMo Supp.1992, and removing a child from the custody of the mother.

Affirmed. Rule 84.16(b).